IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOHN PACHECO,**

    **Plaintiff,**

v.                                                                                      No. 13-cv-0688 JB/SMV

**RUIDOSO MUN. SCH. DIST., et al.,**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on December 2, 2013.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **January 10, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**